

# Fourth Court of Appeals
## San Antonio, Texas

March 21, 2018

No. 04-17-00835-CR

James Edward **STRIBLIN,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR4270
Honorable Jefferson Moore, Judge Presiding

## O R D E R

The reporter's record was due February 5, 2018, but was not filed. On February 12, 2018, this court notified the court reporter that the reporter's record was late. The court reporter responded to our notice on February 14, 2018, stating she needed additional time to file the record due to a prior illness. In her notification of late record, the reporter requested an extension of twenty-eight days from the date of the notification — thirty-seven days from the original due date. After review, we granted the court reporter's requested extension and ordered her to file the reporter's record in this court on or before March 14, 2018. Neither the record nor another notification of late record has been filed.

We therefore **ORDER** court reporter Debra A. Doolittle to file the reporter's record in this court **on or before April 20, 2018**, which is seventy-five days from the original due date.

We **order** the clerk of this court to serve a copy of this order on all counsel and the court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of March, 2018.



KEITH E. HOTTLE,
Clerk of Court